IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:06-CR-00016-003 |
| v.  : | |
| : | (Judge Conner) |
| ANTONIO PENA : | (Electronically Filed) |

FILED
HARRISBURG
SEP 1 8 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

### ORDER OF COURT

AND NOW this 18TH day of September, 2006, upon consideration of the within Motion for Return of Defendant to District and for Extension of Time to File Additional Presentence Report Objections, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The United States Marshals are hereby directed to return Mr. Pena to the Middle District of Pennsylvania and upon such return, counsel shall be granted a ten day continuance within which to file presentence report objections.

BY THE COURT:

_____
CHRISTOPHER C. CONNER
United States District Court